IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 5:07cr17 DCB-JCS-06

LARRY D. JONES

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 2 of the Criminal Indictment against LARRY D. JONES without prejudice.

        DUNN LAMPTON
        United States Attorney

By:   S/Sandra Moses

        SANDRA MOSES
        Assistant U.S. Attorney
        GA Bar No. 283815

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 15th day of November, 2007.

UNITED STATES DISTRICT JUDGE